UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERARD A. SANCHEZ SR.,<br><br>    Plaintiff(s),<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.,<br><br>    Defendant(s). | Case No.: 2:18-cv-01488-RFB-NJK<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. Pursuant to § 1915(e), Plaintiff's complaint is subject to screening and should be dismissed if it fails to state a claim or is frivolous. Plaintiff attempts to bring claims against Verizon for denial of benefits under ERISA, breach of fiduciary duty, and declaratory judgment. *See* Docket No. 1-1. Plaintiff filed a separate case a week earlier bringing the same claims premised on the same factual allegations. *Compare Sanchez v. Verizon Communications, Inc.*, Case No. 2:18-cv-01432-GMN-NJK, Docket No. 1-1 (D. Nev. Aug. 2, 2018). Duplicative litigation of virtually identical causes of action is subject to dismissal under § 1915. *See, e.g.*, *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** and that Plaintiff pursue his claims in the first-filed case only.

Dated: August 22, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).