UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERARD A. SANCHEZ, SR.,<br><br>      Plaintiff,<br> v.<br><br>VERIZON COMMUNICATION, INC.,<br>*a Delaware Corporation*,<br><br>      Defendant. | Case No. 2:18-cv-01488-RFB-NJK<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered August 22, 2018.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see* also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by September 5, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1  IT IS THEREFORE ORDERED that the Report and Recommendation (ECF No. 5) is ACCEPTED and ADOPTED in full.

IT IS FURTHER ORDERED that this case is DISMISSED, and that Plaintiff pursue his claims in the first-filed case only.  The Clerk of the Court shall close this matter accordingly

The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

DATED this 15th day of October, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE